# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA *et al.*, *ex rel.* GAIL GROVES SCOTT,<br>　　　　Plaintiffs,<br><br>v.<br><br>RECKITT BENCKISER GROUP PLC *et al.*,<br>　　　　Defendants. | Honorable Judge Susan D. Wigenton<br><br>CASE NO.: 13-cv-03516<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and the *qui tam* provisions of the City of Chicago False Claims Ordinance and in accordance with the terms and conditions of the settlement agreements the City of Chicago ("the City") entered into with Indivior plc, Indivior UK Limited, and Indivior Inc. ("Indivior"), and Reckitt Benckiser Group plc and Reckitt Benckiser LLC ("RBG Group"), the City hereby notifies the parties that it dismisses the City's claims in this matter with prejudice.

In accordance with the terms of the Settlement Agreements, the City dismisses with prejudice Relator's claims brought on behalf of the City under the City of Chicago's False Claims Ordinance.

No other currently pending claims brought by Relator in the Civil Action are being dismissed pursuant to this Stipulation of Dismissal.

**FOR THE CITY OF CHICAGO:**

  */s/ James J. Pepper*
James J. Pepper
The Pepper Law Firm, LLC
68 E. Court Street
Doylestown, PA 18901
215-340-2500
Email: pepper@jamespepperlaw.com

*Attorney for the City of Chicago*

Dated: May 19, 2022